**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER TAYLOR and KRYSTAL CHAMBERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Defendants. | Case No. 4:26-cv-00003-HSG<br><br><br>**ORDER ADJOURNING THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES (as modified)**<br><br>Honorable Haywood S. Gilliam<br><br>Case No. 3:26-cv-00351-HSG |
| BIJOY SHROFF, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Defendants. | |

The Court, having considered the parties' Stipulation and Request for Order Adjourning the Initial Case Management Conference and Related Deadlines, hereby orders as follows:

1.    The Initial Case Management Conference for *Taylor* and *Shroff*, currently set for April 7, 2026, and any deadlines related to the Initial Case Management Conference, are hereby VACATED.

2.    The Initial Case Management Conference for all three related cases (*Taylor*, *Shroff*, and *Tejada*) is set for May 12, 2026, at 2:00 p.m. with all interim deadlines to align with those set in *Tejada*. The zoom information and instructions remain the same as previously provided in docket no. 28 on case no. 26-cv-0003-HSG.

IT IS SO ORDERED.

DATED:  3/17/2026

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge