Christopher L. Ayers, Esq. (*pro hac vice*)
SBAITI & COMPANY NJ LLC
100 Mulberry Street
3 Gateway Center, Suite 1102
Newark, NJ 07102
Tel:    (973) 954-2000
Email:  Chris.Ayers@sbaitilaw.com

Mazin A. Sbaiti, Esq. (SBN 275089)
SBAITI & COMPANY PLLC
3102 Maple Avenue, Suite 400
Dallas, TX 75201
Tel:    (214) 214-3400
Email:  mas@sbaitilaw.com

*Attorneys for Plaintiffs Christopher Taylor*
*and Krystal Chambers, and the Proposed Class*

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TAYLOR and KRYSTAL CHAMBERS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>            Defendants. | Case No. 4:26-cv-00003-HSG<br><br>**ORDER AS MODIFIED GRANTING CONSOLIDATION UNDER FED. R. CIV. P. 42(A)(2) AND DENYING MOTION TO APPOINT INTERIM COUNSEL WITHOUT PREJUDICE**<br><br>**Honorable Haywood S. Gilliam, Jr.**<br><br>**Initial Complaint Filed:** January 1, 2026<br><br>**Unopposed Motion to Consolidate and Appoint Interim Counsel Filed:** March 17, 2026<br><br>**Motion Hearing:** May 14, 2026 |
| BIJOY SHROFF, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>ABBOTT DIABETES CARE INC. AND ABBOTT LABORATORIES,<br><br>            Defendants. | Case No.: 4:26-cv-00351-HSG |

CARMEN TEJADA, individually and on behalf of all others similarly situated,

          Plaintiff,

    v.

ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,

          Defendants.

Case No. 4:26-cv-01078-HSG

WHEREAS, Plaintiffs Christopher Taylor, Krystal Chambers, Bijoy Shroff, and Carmen Tejada have filed three related cases pending before this Court, *Taylor and Chambers et al. v. Abbott Diabetes Care, Inc. and Abbott Laboratories,* Case No. 4:26-cv-00003 (N.D. Cal.) (hereafter the "*Taylor* Action"), *Shroff et al. v. Abbott Diabetes Care, Inc. and Abbott Laboratories,* Case No. 4:26-cv-00351 (N.D. Cal.) (hereafter the "*Shroff* Action"), and *Tejada v. Abbott Diabetes Care, Inc. and Abbott Laboratories,* Case No. 4:26-cv-01078 (N.D. Cal.) (hereinafter the "*Tejada* Action") (together the "Related Actions") and have argued and submitted an unopposed motion to consolidate and appoint interim counsel (Dkt. No. 43) on March 17, 2026, which the Court granted in part and denied in part, granting consolidation pursuant to Federal Rule of Civil Procedure 42(a) and denying without prejudice the motion for appointment of interim counsel; and

WHEREAS, the complaints in the Related Actions relate to the same, common factual allegations and legal theories; the Related Actions assert multiple common causes of action against the common Defendants relating to the same factual underpinnings, and seek the same relief in response to the same event or course of conduct; and the Related Actions commonly seek certification of an overlapping nationwide class and allege that class members suffered harm as a result of Defendants' concealment of manufacturing defects in the FreeStyle CGM Libre 3 glucose sensors.

NOW, THEREFORE, GOOD CAUSE APPEARING, the Court so Orders as follows:

ORDER AS MODIFIED GRANTING CONSOLIDATION UNDER FED. R. CIV. P. 42(A)(2) AND DENYING MOTION TO APPOINT INTERIM COUNSEL WITHOUT PREJUDICE

1

CASE NO. 4:26-CV-00003-HSG

1.     The *Taylor*, *Shroff* and *Tejada* Actions currently pending in this District shall be consolidated for pre-trial purposes pursuant to Rule 42(a) and Local Rule 3.12 (hereafter the "Consolidated Action").

2.     The earlier-filed civil action, *Taylor*, Case No. 4:26-cv-00351-HSG, shall serve as the lead case.  The individual *Shroff* and *Tejada* Actions currently pending in this District shall be administratively closed.

3.     All papers filed in the Consolidated Action shall be filed under Case No. 4:26-cv-00003, the number assigned to the first-filed case, and shall bear the following caption: "*In re FreeStyle CGM Consumer Litigation.*"

4.     The parties shall file a Notice of Related Action pursuant to Local Civil Rule 3-12 whenever a case that should be consolidated into this action is filed in, transferred to, or removed to this District.

5.     If the Court determines that the case is related, the clerk shall:

    a.     Place a copy of this Order in the separate file for such action;

    b.     Serve on Plaintiffs' counsel in the new case a copy of this Order;

    c.     Direct that this Order be served upon Defendant(s) in the new case; and

    d.     Make appropriate entry in the Master Docket.

6.     The Court denies the appointment of interim counsel without prejudice for the reasons set forth on the record.

7.     Plaintiffs shall file a Consolidated Complaint no later than July 2, 2026.

8.     This Order shall apply to the above-captioned matters, any subsequently consolidated action, any actions consolidated with the above-captioned matters, and any actions filed in or transferred or removed to this Court that the Court determines is related to this litigation.

9.     Plaintiffs' Counsel must serve a copy of this Order and all future orders promptly by delivery service, facsimile, or other expeditious electronic means on counsel for Plaintiffs in any related action to the extent that Plaintiffs'  Counsel are aware of any such action(s) and on all attorneys for

Plaintiffs whose cases may subsequently consolidated with the above actions but who have not yet registered for ECF.

**IT IS SO ORDERED**

DATED this 27th day of May, 2026

The Honorable Haywood S. Gilliam, Jr.

UNITED STATES DISTRICT JUDGE