United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER TAYLOR, et al.,

Plaintiffs,

v.

ABBOTT DIABETES CARE INC., et al.,

Defendants.

Case No.  26-cv-00003-HSG

**SCHEDULING ORDER**

A case management conference was held on May 14, 2026.  Having considered the parties' proposals, *see* Dkt. No. 51, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

Order:

| Event | Date |
|---|---|
| Deadline for submission of [Proposed] ESI Order and [Proposed] Protective Order, or submission of any disputes to Court | June 12, 2026 |
| Production of Abbott's Form 806 Report to the FDA related to the November 2025 recall | June 16, 2026 (provided that the Court has entered a Protective Order governing the exchange of confidential documents)[1] |
| Deadline for Plaintiffs to file consolidated complaint | July 2, 2026 |
| Deadline for Rule 26(a)(1) initial disclosures | August 3, 2026 |

---

[1]    To the extent the Court has not entered a Protective Order by June 16, 2026, Abbott shall produce the Form 806 Report within five business days of the entry of a Protective Order.

United States District Court
Northern District of California

| Event | Date |
|---|---|
| Deadline for Abbott's response to the consolidated complaint (motion to dismiss) | August 17, 2026 |
| First day to serve initial set of requests for production of documents and five identification interrogatories | August 17, 2026 |
| Deadline for Plaintiffs' opposition to Abbott's motion to dismiss | October 1, 2026 |
| Deadline for Abbott's reply in support of motion to dismiss | October 22, 2026 |
| Start of full fact discovery | October 22, 2026 |
| Substantial completion of discovery | April 22, 2027 |
| Deadline for Plaintiffs to file a motion for class certification and disclose, pursuant to Fed. R. Civ. P. 26(a)(2), all class certification experts and all class certification reports they intend to rely on in support of their motion for class certification.<br><br>Plaintiffs shall make experts available for deposition prior to the filing of Defendants' opposition brief. | July 21, 2027 |
| Deadline for Abbott to file its brief in opposition to Plaintiffs' motion for class certification and disclose, pursuant to Fed. R. Civ. P. 26(a)(2), all class certification experts and all class certification reports they intend to rely on in opposition to class certification.<br><br>Abbott shall make its experts available for deposition prior to the filing of Plaintiffs' reply. | October 19, 2027 |
| Deadline for Plaintiffs to file a reply brief in support of their motion for class certification and shall disclose, pursuant to Fed. R. Civ. P. 26(a), rebuttal experts and reports in support of class certification reply brief. | December 2, 2027 |
| Hearing on Class Certification | January 6, 2028 at 2:00 p.m. |

//

2

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: May 27, 2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge