Christopher L. Ayers, Esq. (*pro hac vice*)
**SBAITI & COMPANY NJ LLC**
100 Mulberry Street
3 Gateway Center, Suite 1102
Newark, NJ 07102
Tel: (973) 954-2000
Email: Chris.Ayers@sbaitilaw.com

Mazin A. Sbaiti, Esq. (SBN 275089)
**SBAITI & COMPANY PLLC**
3102 Maple Avenue, Suite 400
Dallas, TX 75201
Tel: (214) 214-3400
Email: mas@sbaitilaw.com

*Attorneys for Plaintiffs Christopher
Taylor and Krystal Chambers, and the
Proposed Class*
*Additional Counsel on Signature Page*

Christopher W. Keegan, P.C. (SBN 232045)
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Tel: (415) 439-1400
Email: chris.keegan@kirkland.com

Gregg F. LoCascio, P.C. (pro hac vice)
Michael A. Glick, P.C. (pro hac vice)
Leah A. Hamlin (SBN 317957)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200
Email: glocascio@kirkland.com
Email: michael.glick@kirkland.com
Email: leah.hamlin@kirkland.com

*Attorneys For Defendants Abbott Diabetes
Care Inc. And Abbott Laboratories*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re FreeStyle CGM Consumer Litigation | CASE NO. 4:26-CV-00003-HSG<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF DEADLINE TO SUBMIT ESI ORDER**<br><br>Honorable Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 6-1(b) and 6-2(a), Plaintiffs and Defendants Abbott Diabetes Care Inc. and Abbott Laboratories (Plaintiffs and Defendants are collectively referred to as the "Parties), by and through their respective undersigned counsel of record, hereby stipulate as follows:

**WHEREAS**, on May 14, 2026, the Court held a case management conference and ordered the Parties to file a proposed scheduling order on May 21, 2026. (ECF No. 49, Minute Entry).

**WHEREAS**, on May 21, 2026, the Proposed Scheduling Order was filed (ECF No. 51) and entered by the Court on May 27, 2026 (ECF No. 55), setting a deadline for the Proposed ESI Order and Proposed Protective Order to be filed on June 12, 2026.

STIPULATION AND ORDER FOR                                    4:26-cv-00003-HSG
CONTINUANCE OF DEADLINE TO SUBMIT ESI ORDER

**WHEREAS** a Proposed Stipulated Protective Order was filed on June 10, 2026 (ECF No. 56).

**WHEREAS**, the Parties have conferred and reached an agreement to extend the deadline to submit a proposed ESI protocol to August 12, 2026.

**WHEREAS,** this is the Parties' second stipulated request for an order modifying deadlines (ECF No. 39), and it will not alter the date of any other event or deadline already fixed by Court order if granted;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel, that the deadline to submit a proposal for an ESI protocol is requested to be moved to August 12, 2026, or such other date as the Court may set. If the Parties cannot reach agreement on a proposal for an ESI protocol before August 12, 2026, in accordance with Judge Gilliam, Jr.'s Standing Order regarding Discovery Disputes, the Parties shall file a joint letter of no longer than five pages stating the nature and status of their dispute.

Pursuant to Civ. L. Rule 5-1(i)(3), I, Christopher L. Ayers, hereby attest that each of the Signatories have concurred in the filing of this document.

**IT IS SO STIPULATED, THROUGH COUNSEL FOR RECORD.**

DATED: June 12, 2026                                    Respectfully submitted,

*/s/ Christopher L. Ayers*                              */s/ Michael. A. Glick, P.C.*
Christopher L. Ayers, Esq. (pro hac vice)              Christopher W. Keegan, P.C. (SBN 232045
**SBAITI & COMPANY NJ LLC**                            **KIRKLAND & ELLIS LLP**
100 Mulberry Street                                    555 California Street, 27th Floor
3 Gateway Center, Suite 1102                           San Francisco, CA 94104
Newark, NJ 07102                                       Tel: (415) 439-1400
Tel: (973) 954-2000                                    Email: chris.keegan@kirkland.com
Email: Chris.Ayers@sbaitilaw.com

                                                        Gregg F. LoCascio, P.C. (*pro hac vice*)
Mazin A. Sbaiti, Esq. (SBN 275089)                     Michael A. Glick, P.C. (*pro hac vice*)
**SBAITI & COMPANY PLLC**                              Leah A. Hamlin (SBN 317957)
3102 Maple Avenue, Suite 400                           **KIRKLAND & ELLIS LLP**
Dallas, TX 75201                                       1301 Pennsylvania Avenue, N.W.
Tel: (214) 214-3400                                    Washington, D.C. 20004
Email: mas@sbaitilaw.com                               Tel: (202) 389-5000
*Attorneys for Plaintiffs Christopher*                 Email: glocascio@kirkland.com
*Taylor and Krystal Chambers*                          Email: michael.glick@kirkland.com
                                                        Email: leah.hamlin@kirkland.com

STIPULATION AND ORDER FOR                                          4:26-cv-00003-HSG
CONTINUANCE OF DEADLINE TO SUBMIT ESI ORDER

Kelly K. Iverson (*pro hac vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Email: kelly@lcllp.com

(Eddie) Jae K. Kim (SBN 236805)
Tiffine E. Malamphy (SBN 312239)
**LYNCH CARPENTER LLP**
117 East Colorado Boulevard, Suite 600
Pasadena, CA 91105
Tel: (213) 723-0707 / Fax: (858) 313-1850
Email: ekim@lcllp.com
Email: tiffine@lcllp.com

A. Brooke Murphy (*pro hac vice*)
**MURPHY LAW FIRM**
4116 Will Rogers Parkway, Suite 700
Oklahoma City, OK 73108
Tel: (405) 389-4989
Email: abm@murphylegalfirm.com

*Attorneys for Plaintiff Bijoy Shroff*
Steven A. Schwartz (*pro hac vice)*
Beena M. McDonald (SBN 365776)
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, PA 19041
Tel: (610) 645-4720 / Fax: (610) 649-3633
Email: sas@chimicles.com
Email: bmm@chimicles.com

*Attorneys for Plaintiff Carmen Tejada*

***Attorneys for Defendants Abbott Diabetes
Care Inc. and Abbott Laboratories***

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  6/26/2026

Hon. Haywood S. Gilliam, Jr.
United States District Judge

3

STIPULATION AND ORDER FOR    CONTINUANCE                                4:26-cv-00003-HSG
OF DEADLINE TO SUBMIT ESI ORDER