Christopher L. Ayers, Esq. (*pro hac vice*)
**SBAITI & COMPANY NJ LLC**
100 Mulberry Street
3 Gateway Center, Suite 1102
Newark, NJ 07102
Tel: (973) 954-2000
Email: Chris.Ayers@sbaitilaw.com

Kelly K. Iverson (*pro hac vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Email: kelly@lcllp.com

Steven A. Schwartz (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, PA 19041
Tel: (610) 645-4720
Email: sas@chimicles.com

*Attorneys for Plaintiffs & Proposed Classes*

*Additional Counsel on Signature Page*

Christopher W. Keegan, P.C. (SBN 232045)
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Tel: (415) 439-1400
Email: chris.keegan@kirkland.com

Gregg F. LoCascio, P.C. (pro hac vice)
Michael A. Glick, P.C. (pro hac vice)
Leah A. Hamlin (SBN 317957)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200
Email: glocascio@kirkland.com
Email: michael.glick@kirkland.com
Email: leah.hamlin@kirkland.com

*Attorneys For Defendants Abbott Diabetes Care Inc. and Abbott Laboratories*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE FREESTYLE CGM CONSUMER LITIGATION | CASE NO. 4:26-CV-00003-HSG<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF DEADLINE TO SUBMIT ESI ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local 6-1(b) and 6-2(a), Plaintiffs and Defendants Abbott Diabetes Care Inc. and Abbott Laboratories (Plaintiffs and Defendants are collectively referred to as the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate as follows:

**WHEREAS** on June 12, 2026, a Stipulation and Proposed Order for Continuance of Deadline to Submit ESI Order was filed with the Court (ECF No. 57).

**WHEREAS**, on June 26, 2026, the Stipulation was entered by the Court (ECF No. 60) setting a deadline for the Proposed ESI Order to be filed on August 12, 2026.

**WHEREAS** the Parties have conferred and reached an agreement to extend the deadline to submit a proposed ESI protocol to September 14, 2026.

**WHEREAS**, this is the Parties' third stipulated request for an order modifying deadlines (ECF Nos. 39, 57), and it will not alter the date of any other event or deadline already fixed by Court order if granted;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel, that the deadline to submit a proposal for an ESI protocol is requested to be moved to September 14, 2026, or such other date as the Court may set. If the Parties cannot reach agreement on a proposal for an ESI protocol before September 14, 2026, in accordance with Judge Gilliam, Jr.'s Standing Order regarding Discovery Disputes, the Parties shall file a joint letter of no longer than five pages stating the nature and status of their dispute.

**IT IS SO STIPULATED, THROUGH COUNSEL FOR RECORD.**

DATED: August 11, 2026

*/s/ Christopher L. Ayers*
Christopher L. Ayers, Esq. (*pro hac vice*)
**SBAITI & COMPANY NJ LLC**
100 Mulberry Street
3 Gateway Center, Suite 1102
Newark, NJ 07102
Tel: (973) 954-2000
Email: Chris.Ayers@sbaitilaw.com

Mazin A. Sbaiti, Esq. (SBN 275089)
**SBAITI & COMPANY PLLC**
3102 Maple Avenue, Suite 400
Dallas. TX 75201
Tel: (214)-214-3400
Email: mas@sbaitilaw.com

*/s/ Michael A. Glick*
Christopher W. Keegan, P.C. (SBN 232045
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Tel: (415) 439-1400
Email: chris.keegan@kirkland.com

Gregg F. LoCascio, P.C. (*pro hac vice*)
Michael A. Glick, P.C. (*pro hac vice*)
Leah A. Hamlin (SBN 317957)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000
Email: glocascio@kirkland.com

Kelly K. Iverson (*pro hac vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Email: kelly@lcllp.com

(Eddie) Jae K. Kim (SBN 236805)
Tiffine E. Malamphy (SBN 312239)
**LYNCH CARPENTER LLP**
117 East Colorado Boulevard, Suite 600
Pasadena, CA 91105
Tel: (213) 723-0707 / Fax: (858) 313-1850
Email: ekim@lcllp.com
Email: tiffine@lcllp.com

A. Brooke Murphy (*pro hac vice*)
**MURPHY LAW FIRM**
4116 Will Rogers Parkway, Suite 700
Oklahoma City, OK 73108
Tel: (405) 389-4989
Email: abm@murphylegalfirm.com

Steven A. Schwartz (*pro hac vice)*
Beena M. McDonald (SBN 365776)
**CHIMICLES SCHWARTZ KRINER**
**& DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, PA 19041
Tel: (610) 645-4720 / Fax: (610) 649-3633
Email: sas@chimicles.com
Email: bmm@chimicles.com

*Attorneys for Plaintiffs & Proposed Classes*

Email: michael.glick@kirkland.com
Email: leah.hamlin@kirkland.com

*Attorneys for Defendants Abbott Diabetes Care Inc. and Abbott Laboratories*

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

*/s/ Christopher L. Ayers*
Christopher L. Ayers

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/11/2026

Hon. Haywood S. Gilliam, Jr.
United States District Judge