Christopher L. Ayers, Esq. (*pro hac vice*)
**SBAITI & COMPANY NJ LLC**
100 Mulberry Street
3 Gateway Center, Suite 1102
Newark, NJ 07102
Tel: (973) 954-2000
Email: Chris.Ayers@sbaitilaw.com

Mazin A. Sbaiti, Esq. (SBN 275089)
**SBAITI & COMPANY PLLC**
3102 Maple Avenue, Suite 400
Dallas, TX 75201
Tel: (214) 214-3400
Email: mas@sbaitilaw.com

*Attorneys for Plaintiffs Christopher Taylor and Krystal Chambers, and the Proposed Class*
*Additional Counsel on Signature Page*

Christopher W. Keegan, P.C. (SBN 232045)
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Tel: (415) 439-1400
Email: chris.keegan@kirkland.com

Gregg F. LoCascio, P.C. (pro hac vice)
Michael A. Glick, P.C. (pro hac vice)
Leah A. Hamlin (SBN 317957)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200
Email: glocascio@kirkland.com
Email: michael.glick@kirkland.com
Email: leah.hamlin@kirkland.com

*Attorneys For Defendants Abbott Diabetes Care Inc. and Abbott Laboratories*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE FREESTYLE CGM CONSUMER LITIGATION | CASE NO. 4:26-CV-00003-HSG<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF DEADLINE TO SUBMIT ESI ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local 6-1(b) and 6-2(a), Plaintiffs and Defendants Abbott Diabetes Care Inc. and Abbott Laboratories (Plaintiffs and Defendants are collectively referred to as the “Parties”), by and through their respective undersigned counsel of record, hereby stipulate as follows:

**WHEREAS** on June 12, 2026, a Stipulation and Proposed Order for Continuance of Deadline to Submit ESI Order was filed with the Court (Dkt. No. 57).

**WHEREAS**, on June 26, 2026, the Stipulation was entered by the Court (Dkt. No. 60) setting a

deadline for the Proposed ESI Order to be filed on August 12, 2026.

**WHEREAS**, on August 11, 2026, a Stipulation and Proposed Order for Continuance of Deadline to Submit ESI Order was filed with the Court (Dkt. No. 67).

**WHEREAS** on August 11, 2026, the Stipulation was entered by the Court (Dkt. No. 68) setting a deadline for the Proposed ESI Order to be filed on September 14, 2026.

**WHEREAS** the Parties have conferred and reached an agreement to extend the deadline to submit a proposed ESI protocol to October 6, 2026.

**WHEREAS**, this is the Parties' fourth stipulated request for an order modifying deadlines (Dkt. Nos. 39, 57, 67), and it will not alter the date of any other event or deadline already fixed by Court order if granted;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel, that the deadline to submit a proposal for an ESI protocol is requested to be moved to October 6, 2026, or such other date as the Court may set. If the Parties cannot reach agreement on a proposal for an ESI protocol before October 6, 2026, in accordance with Judge Gilliam, Jr.'s Standing Order regarding Discovery Disputes, the Parties shall file a joint letter of no longer than five pages stating the nature and status of their dispute.

**IT IS SO STIPULATED, THROUGH COUNSEL FOR RECORD.**

DATED: September 11, 2026

*/s/ Christopher L. Ayers*
Christopher L. Ayers, Esq. (*pro hac vice*)
**SBAITI & COMPANY NJ LLC**
100 Mulberry Street
3 Gateway Center, Suite 1102
Newark, NJ 07102
Tel: (973) 954-2000
Email: Chris.Ayers@sbaitilaw.com

/s/ *Michael A. Glick, P.C.*
Christopher W. Keegan, P.C. (SBN 232045)
**KIRKLAND & ELLIS LLP**
555 California Street, 27th Floor
San Francisco, CA 94104
Tel: (415) 439-1400
Email: chris.keegan@kirkland.com

Mazin A. Sbaiti, Esq. (SBN 275089)
**SBAITI & COMPANY PLLC**
3102 Maple Avenue, Suite 400
Dallas, TX 75201
Tel: (214) 214-3400
Email: mas@sbaitilaw.com

***Attorneys for Plaintiffs Christopher Taylor and Krystal Chambers***

Kelly K. Iverson (*pro hac vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Email: kelly@lcllp.com

(Eddie) Jae K. Kim (SBN 236805)
Tiffine E. Malamphy (SBN 312239)
**LYNCH CARPENTER LLP**
117 East Colorado Boulevard, Suite 600
Pasadena, CA 91105
Tel: (213) 723-0707 / Fax: (858) 313-1850
Email: ekim@lcllp.com
Email: tiffine@lcllp.com

A. Brooke Murphy (*pro hac vice*)
**MURPHY LAW FIRM**
4116 Will Rogers Parkway, Suite 700
Oklahoma City, OK 73108
Tel: (405) 389-4989
Email: abm@murphylegalfirm.com

***Attorneys for Plaintiff Bijoy Shroff***

Steven A. Schwartz (*pro hac vice)*
Beena M. McDonald (SBN 365776)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, PA 19041
Tel: (610) 645-4720 / Fax: (610) 649-3633
Email: sas@chimicles.com
Email: bmm@chimicles.com

***Attorneys for Plaintiff Carmen Tejada***

Gregg F. LoCascio, P.C. (*pro hac vice*)
Michael A. Glick, P.C. (*pro hac vice*)
Leah A. Hamlin (SBN 317957)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000
Email: glocascio@kirkland.com
Email: michael.glick@kirkland.com
Email: leah.hamlin@kirkland.com
***Attorneys for Defendants Abbott Diabetes Care Inc. and Abbott Laboratories***

**SIGNATURE ATTESTATION**

Pursuant to Civ. L. Rule 5-1(i)(3), I, Michael A. Glick, hereby attest that each of the Signatories have concurred in the filing of this document.

*/s/Michael A. Glick, P.C.*
Michael A. Glick, P.C.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/14/2026

Hon. Haywood S. Gilliam, Jr.
United States District Judge